UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON
EUGENE DIVISION

In Re: §
§
Edwin W Bonner § Case No. 16-60445
Sylvia E Bonner §
§
§
Debtors §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 02/24/2016. The undersigned trustee was appointed on 02/24/2016.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $ 1,177.38

    Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 45.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1] | $ 1,132.38 |

---
[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 12/29/2017 and the deadline for filing governmental claims was 02/27/2018. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 294.35 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 294.35 , for a total compensation of $ 294.35 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 2.48 , for total expenses of $ 2.48 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 04/24/2018     By: /s/Vanesa Pancic
                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 16-60445 | FRA | Judge: | Frank R. Alley, III | Trustee Name: | Vanesa Pancic |
|---|---|---|---|---|---|---|
| Case Name: | Edwin W Bonner | | | | Date Filed (f) or Converted (c): | 02/24/2016 (f) |
| | Sylvia E Bonner | | | | 341(a) Meeting Date: | 04/01/2016 |
| For Period Ending: | 04/24/2018 | | | | Claims Bar Date: | 12/29/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 330 Se Tokay Winston Or 97496-0000 Douglas | 80,000.00 | 0.00 | | 0.00 | FA |
| 2. 587 Nw Douglas Blvd Winston Or 97496-0000 Douglas | 71,000.00 | 0.00 | | 0.00 | FA |
| 3. 2008 Chevy Impala Mileage: 82000 Lt | 4,753.00 | 0.00 | | 0.00 | FA |
| 4. 1999 Chevy Astro Van Mileage: 134000 Lt | 1,700.00 | 0.00 | | 0.00 | FA |
| 5. Furnishings | 2,500.00 | 0.00 | | 0.00 | FA |
| 6. Tv; Computer | 400.00 | 0.00 | | 0.00 | FA |
| 7. Wearing Apparel | 400.00 | 0.00 | | 0.00 | FA |
| 8. Jewelry | 1,500.00 | 0.00 | | 0.00 | FA |
| 9. Dog | 0.00 | 0.00 | | 0.00 | FA |
| 10. Cash | 243.00 | 0.00 | | 0.00 | FA |
| 11. Banner Bank | 1,499.00 | 0.00 | | 0.00 | FA |
| 12. Umpqua Bank (2 Accounts For Rental Business) | 274.91 | 0.00 | | 0.00 | FA |
| 13. Northwest Community Cu | 20.01 | 0.00 | | 0.00 | FA |
| 14. Northwest Community Cu | 12.97 | 0.00 | | 0.00 | FA |
| 15. Jp Morgan (Monthly) | 202.35 | 0.00 | | 0.00 | FA |
| 16. Penn Mutual Life (Monthly) | 15.98 | 0.00 | | 0.00 | FA |
| 17. Ss (Net Monthly) | 1,427.00 | 0.00 | | 0.00 | FA |
| 18. Ss (Net Monthly) | 839.00 | 0.00 | | 0.00 | FA |
| 19. Rents (u) | 0.00 | 1,177.38 | | 1,177.38 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $166,787.22 | $1,177.38 | | $1,177.38 | $0.00 |

(Total Dollar Amount in Column 6)

UST Form 101-7-TFR (5/1/2011) *(Page: 3)*

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

center point - management companyRents were collected - renters moved out as of the date of the hearing. Received an e-mail that the debtors received two months rent post petition totaling after property management collection $1177.38.07/03/2016 - asked the fund to be turned over. 08/25/2016 - received $325 from the debtor09/30/2016 - received $100 from the debtor. 12/11/2016 - updated the estimated TFR. 01/28/2017 - received two payments in the month of January. 04/22/2017 - reviewed the payment history. Debtor has been paying on regular basis. 07/30/2017 - stopped the bank fee 08/24/2017 - no claims filed in the case. Filed a notice of surplus funds. 09/28/2017 - filed an asset report as the report was not filed. 12/26/2017 - cant administer the case. Bar dates have not passed.
02/24/2018 - reviewed the proof of claims again

Exhibit A

Initial Projected Date of Final Report (TFR): 06/30/2017       Current Projected Date of Final Report (TFR): 06/30/2018

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No: 16-60445
Case Name: Edwin W Bonner
Sylvia E Bonner

Trustee Name: Vanesa Pancic
Bank Name: Union Bank
Account Number/CD#: XXXXXX2513
Checking

Taxpayer ID No: XX-XXX3611
For Period Ending: 04/24/2018

Blanket Bond (per case limit): $78,753,461.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/25/16 | 19 | Edwin Bonner<br>PO Box 1656<br>Winston, OR 97496-1956 | Rent | 1222-000 | $325.00 | | $325.00 |
| 09/30/16 | 19 | Sylvia E Bonner<br>PO Box 1956<br>Winston, OR 97496-1956 | Rent | 1222-000 | $100.00 | | $425.00 |
| 10/29/16 | 19 | Sylvia E. Bonner<br>PO Box 1956<br>Winston, OR 97496 | Rent | 1222-000 | $100.00 | | $525.00 |
| 12/02/16 | 19 | Bonner, Edwin<br>PO Box 1956<br>Winston, OR 97496-1956 | Rent | 1222-000 | $100.00 | | $625.00 |
| 01/21/17 | 19 | Sylvia E Bonner<br>POB 1956<br>WINSTON, OR 97496 | Rent | 1222-000 | $100.00 | | $725.00 |
| 01/28/17 | 19 | Sylvia E Bonner<br>POB 1956<br>WINSTON, OR 97496 | Rent | 1222-000 | $100.00 | | $825.00 |
| 02/25/17 | 19 | Silvia Bonner<br>POB 1956<br>WINSTON, OR 97496 | Rent | 1222-000 | $125.00 | | $950.00 |
| 03/29/17 | 19 | Sylvia Bonner<br>PO Box 1956<br>Winston, OR 97496-1956 | Rent | 1222-000 | $125.00 | | $1,075.00 |
| 04/27/17 | 19 | Sylvia E Bonner<br>POB 1956<br>WINSTON, OR 97496 | Rents | 1222-000 | $102.38 | | $1,177.38 |
| 05/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $1,162.38 |
| 06/26/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $1,147.38 |
| 07/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $1,132.38 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*     Page Subtotals:     $1,177.38     $45.00

|  |  |  |
|---|---:|---:|
| COLUMN TOTALS | $1,177.38 | $45.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $1,177.38 | $45.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $1,177.38 | $45.00 |

Exhibit B

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX2513 - Checking | $1,177.38 | $45.00 | $1,132.38 |
| | $1,177.38 | $45.00 | $1,132.38 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $1,177.38 |
| Total Gross Receipts: | $1,177.38 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 16-60445-FRA7  
Debtor Name: Edwin W Bonner  
Claims Bar Date: 12/29/2017  

Date: April 25, 2018

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | Vanesa Pancic<br>PO Box 280<br>Wilsonville, OR 97070 | Administrative | | $0.00 | $294.35 | $294.35 |
| 100 2200 | Vanesa Pancic<br>PO Box 280<br>Wilsonville, OR 97070 | Administrative | | $2.48 | $2.48 | $2.48 |
| 1 300 7100 | Capital One Bank (Usa), N.A.<br>Po Box 71083<br>Charlotte, Nc 28272-1083 | Unsecured | | $4,250.21 | $4,250.21 | $4,250.21 |
| 2 300 7100 | ADVANTA BANK CORPORATION<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10368<br>GREENVILLE, SC 29603-0368 | Unsecured | | $31,552.63 | $31,552.63 | $31,552.63 |
| | Case Totals | | | $35,805.32 | $36,099.67 | $36,099.67 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 16-60445
Case Name: Edwin W Bonner
              Sylvia E Bonner
Trustee Name: Vanesa Pancic

      Balance on hand                                              $        1,132.38

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Vanesa Pancic | $ 294.35 | $ 0.00 | $ 294.35 |
| Trustee Expenses: Vanesa Pancic | $ 2.48 | $ 0.00 | $ 2.48 |

    Total to be paid for chapter 7 administrative expenses        $      296.83
    Remaining Balance                                                  $      835.55

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

   Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 35,802.84 have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Capital One Bank (Usa), N.A. | $ 4,250.21 | $ 0.00 | $ 99.19 |
| 2 | ADVANTA BANK CORPORATION | $ 31,552.63 | $ 0.00 | $ 736.36 |
| | Total to be paid to timely general unsecured creditors | | | $ 835.55 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE